**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **MONTREAL LINN** | **CASE NO. 3:23-CV-01743** |
| **VERSUS** | **JUDGE EDWARDS** |
| **TERRY A DOUGHTY** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 5), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Complaint (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915A, and the Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 2) is **DENIED** as **MOOT**.

Plaintiff is warned that filing additional frivolous Complaints will result in sanctions and monetary fines that he must pay before filing any other lawsuit this Court.

THUS DONE AND SIGNED in Chambers on this 25th day of July, 2024.

_____
**JERRY EDWARDS, JR**
**UNITED STATES DISTRICT JUDGE**